HARVEY P. SACKETT (72488)
**SACKETT AND ASSOCIATES**
A PROFESSIONAL LAW CORP.
1055 Lincoln Avenue
Post Office Box 5025
San Jose, California 95150-5025
Telephone: (408) 295-7755
Facsimile: (408) 295-7444

/ne

Attorney for Plaintiff

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SARAH L. ST. HILL, | ) No. C-04-1037 MEJ |
| Plaintiff, | ) |
| v. | ) STIPULATION AND ORDER |
| JO ANNE B. BARNHART, Commissioner, Social Security Administration, | ) |
| Defendant. | ) |

Plaintiff and Defendant, through their respective attorneys, hereby stipulate that Plaintiff shall have a second extension of time up through and including Friday, August 19, 2005 in which to e-file her Motion for Summary Judgment.  This extension is necessitated by the number of other cases Plaintiff's counsel currently has before the district court that also require briefing.

1

STIPULATION AND ORDER

```
                                        _____
                                        KEVIN V. RYAN
                                        United States Attorney



Dated: July 14, 2005                    /s/_____
                                        SARA WINSLOW
                                        Assistant U.S. Attorney



Dated: July 13, 2005                    /s/_____
                                        HARVEY P. SACKETT
                                        Attorney for Plaintiff
                                        SARAH L. ST. HILL


IT IS SO ORDERED.


Dated:   July 19, 2005
                                        _____
                                        HON.                     AMES
                                        U.S.                     dge
```

2

STIPULATION AND ORDER