HARVEY P. SACKETT (72488)

**SACKETT AND ASSOCIATES**
A PROFESSIONAL LAW CORP.

1055 Lincoln Avenue
Post Office Box 5025
San Jose, California 95150-5025
Telephone: (408) 295-7755
Facsimile: (408) 295-7444

/ne

Attorney for Plaintiff

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SARAH L. ST. HILL, | ) No. C-04-1037 MEJ |
| Plaintiff, | ) |
| v. | ) STIPULATION AND ORDER |
| JO ANNE B. BARNHART, Commissioner, Social Security Administration, | ) |
| Defendant. | ) |

    Plaintiff and Defendant, through their respective attorneys, hereby stipulate that Plaintiff shall have a third and final extension of time up through and including Friday, September 2, 2005 in which to e-file her Motion for Summary Judgment. This extension is necessitated by the number of other cases Plaintiff's counsel currently has before the district court that also require briefing.

1
STIPULATION AND ORDER

```
                                        _____
                                        KEVIN V. RYAN
                                        United States Attorney



Dated: August 10, 2005                  /s/_____
                                        SARA WINSLOW
                                        Assistant U.S. Attorney



Dated: August 9, 2005                   /s/_____
                                        HARVEY P. SACKETT
                                        Attorney for Plaintiff
                                        SARAH L. ST. HILL


IT IS SO ORDERED.


Dated:   August 11, 2005
                                        HON. MARIA-ELENA JAMES
                                        Judge
```

*Judge Maria-Elena James (signed)*

STIPULATION AND ORDER

2