1  KEVIN V. RYAN, SBN 118321
   United States Attorney
2  JOANN M. SWANSON, 88143
   Assistant United States Attorney
3  Chief, Civil Division
   SARA WINSLOW, DCBN 457643
4  Assistant United States Attorney

5  450 Golden Gate Avenue, Box 36055
   San Francisco, California 94102
6  Telephone: (415) 436-7260
   Facsimile:  (415) 436-7169
7
   Attorneys for Defendant
8

9                   UNITED STATES DISTRICT COURT

10                 NORTHERN DISTRICT OF CALIFORNIA

11                      SAN FRANCISCO DIVISION

12 SARAH ST. HILL,                )
                                  )
13        Plaintiff,               )   CIVIL NO.  04-01037 MEJ
                                  )
14     v.                          )   STIPULATION AND ORDER EXTENDING
                                  )   DEFENDANT'S TIME TO FILE
15 JO ANNE B. BARNHART,            )   RESPONSE TO PLAINTIFF'S
   Commissioner of Social Security,)   MOTION FOR SUMMARY JUDGMENT
16                                )
          Defendant.              )
17 _____)

18      IT IS HEREBY STIPULATED by and between the undersigned attorneys, subject to the

19 approval of the Court, that defendant Commissioner may have an extension of 30 days in which to

20 file her response to plaintiff's motion for summary judgment.[1]  Defendant's response was due on

21 October 3, 2005, pursuant to Civil L.R.16-5.  Defendant's response is now due on November 2, 2005.

22 ///

23 ///

24 ///

25 ///

26 ///

27 ///

28 ///

---

[1] See attached Declaration of Maria V. Daquipa.

| | |
|---|---|
| 1 | This is defendant's first request. |
| 2 | |
| 3 | |
| 4 | |
| 5 | Dated: September 20, 2005                     /s/ |
| 6 | HARVEY P. SACKETT<br>Attorney for Plaintiff |
| 7 | |
| 8 | KEVIN V. RYAN<br>United States Attorney |
| 9 | |
| 10 | |
| 11 | |
| 12 | Dated: September 21, 2005        By:        /s/ |
| 13 | SARA WINSLOW<br>Assistant United States Attorney |
| 14 | |
| 15 | PURSUANT TO STIPULATION, IT IS SO ORDERED: |

Dated: September 22, 2005

_____
MARIA-ELENA JAMES
United States Magistrate Judge

ST. HILL, EXT.MXSJ (mvd)
C 04-01037 MEJ                                        2

```
1  KEVIN V. RYAN
   United States Attorney
2  JOANN M. SWANSON
   Assistant United States Attorney
3  Acting Chief, Civil Division
   SARA WINSLOW
4  Assistant United States Attorney

5  450 Golden Gate Avenue, Box 36055
   San Francisco, California 94102
6  Telephone: (415) 436-7260
   Facsimile:  (415) 436-7169
7
   Attorneys for Defendant
8
```

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| SARAH L. ST. HILL, ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> JO ANNE B. BARNHART, ) <br> Commissioner of Social Security, ) <br> ) <br> Defendant. ) <br> _____ ) | CIVIL NO. C 04-1037 MEJ <br><br> DECLARATION IN SUPPORT OF DEFENDANT'S REQUEST FOR EXTENSION OF TIME |

I, Maria V. Daquipa, declare and state as follows:

    1.    I am an Assistant Regional Counsel in the Office of the General Counsel for the United States Social Security Administration, Region IX.

    2.    I am requesting a 30-day extension for filing Defendant Commissioner's response to Plaintiff's motion for summary judgment in order to provide further opportunity for review and analysis of this case.

///

///

1 | I declare under penalty of perjury that the foregoing is true and correct to the best of my knowledge.

Executed in San Francisco, California on September 20, 2005.

By          /s/
    Maria V. Daquipa
    Assistant Regional Counsel